CECILE P. ANDERSON v. CHARLES W. WILLIAMS, MARILYN HICKS, TRUETT WILLIAMS, JOHNNIE WILLIAMS, and ANN WILLIAMS and ELAINE WILLIAMS, minors, by their next friend MEDA WILLIAMS.

33 So. (2nd) 162                                                    June Term, 1947
December 12, 1947                                                    Division A
Rehearing denied January 9, 1948

Affirmed.

THE CITY ICE & FUEL COMPANY, a corporation organized and existing under the laws of the State of Ohio and authorized to do business in the State of Florida, v. BRAXTON GILL.

33 So. (2nd) 162                                                    June Term, 1947
December 16, 1947                                                    Division B

Affirmed.

JAMES B. NORTH, SR., MARION L. NORTH, JAMES B. NORTH, JR., and BYRON J. NORTH, v. STATE OF FLORIDA, ex rel., PHIL O'CONNELL, AS STATE ATTORNEY IN AND FOR THE FIFTEENTH JUDICIAL CIRCUIT.

33 So. (2nd) 162                                                    June Term, 1947
December 16, 1947                                                    Division A

Affirmed.

BEN CAULEY v. STATE OF FLORIDA

33 So. (2nd) 238                                                    June Term, 1947
December 19, 1947                                                    Division B

Affirmed.

THE STATE OF FLORIDA, on the relation of M. HESSELTON, v. E. E. ALTMAN, J. A. SAPP, H. R. PIERSON, O. M. POOLE, and G. W. GUNTHARP, as and constituting the City Commission of the City of New Smyrna Beach, Florida, a municipal corporation in Volusia County, Florida; HOLMES TREZEVANT, JR., as City Clerk of the City of New Smyrna Beach, a municipal corporation in Volusia County, Florida, and JOHN C. FERRIS, as City Manager of the City of New Smyrna Beach, a municipal corporation in Volusia County, Florida, and THE CITY OF NEW SMYRNA BEACH, a municipal corporation in Volusia County, Florida.

33 So. (2nd) 163                                                    June Term, 1947
December 19, 1947                                                    Division B

Affirmed.